STATE OF CONNECTICUT *v.* MICHAEL LIEBOWITZ

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 788 (AC 18558), is denied.

*Moira L. Buckley*, deputy assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided December 20, 2001

MARY CLARK *v.* RICHARD CLARK

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 657 (AC 19087), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert S. Kolesnik*, in support of the petition.

*David J. Bozzuto*, in opposition.

Decided December 20, 2001

STATE OF CONNECTICUT *v.* NEROY HAMPTON

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 357 (AC 19349), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided December 20, 2001